1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant

6

7

8                       UNITED STATES DISTRICT COURT

9                    FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                         (HONORABLE NITA L. STORMES)

11 UNITED STATES OF AMERICA,           )   CASE NO.  08MJ043
                                       )
12              Plaintiff,              )
                                       )   **NOTICE OF APPEARANCE**
13 v.                                  )
                                       )
14 MARCO POLO CASTENEDA-RAMIREZ,       )
                                       )
15              Defendant.              )
   _____ )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of

18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead

19 attorney in the above-captioned case.

20                                          Respectfully submitted,

21

22 Dated: February 27, 2008                 /s/ *JENNIFER L. COON*
                                            Federal Defenders of San Diego, Inc.
23                                          Attorneys for Defendant
                                            Jennifer_Coon@fd.org
24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: February 27, 2008                              /s/ *JENNIFER L. COON*
                                                                     Federal Defenders of San Diego, Inc.
                                                                     225 Broadway, Suite 900
                                                                     San Diego, CA  92101-5030
                                                                     (619) 234-8467  (tel)
                                                                     (619) 687-2666  (fax)
                                                                     Jennifer_Coon@fd.org (email)